UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANTHONY and CARLO J. CANALETICH, | : | Civil Action No. 07-3728 (AET) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| BOROUGH OF SEASIDE HEIGHTS, et al., | : | |
| | : | |
| Defendants. | : | |

Plaintiffs Anthony and Carlo Canaletich and Defendants having agreed to the Amended Joint Discovery Plan; and the Court having considered the positions of the Parties; and good having been shown;

IT IS on this 9th day of May 2008,

ORDERED THAT:

1. Any motions to amend the pleading and/or join new parties should be filed no later than July 11, 2008 and made returnable on August 4, 2008.

2. The Parties will complete discovery in this case on or before August 11, 2008. No discovery will issue beyond that date, except upon motion and for good cause shown.

3. Plaintiffs' liability and medical expert reports should be exchanged by July 25, 2008.

4. Defendants' liability and medical expert reports should be exchanged by September 8, 2008.

5. The Final Pretrial Conference shall be held on September 17, 2008 at 10:00 A.M.

                                                                          */s/ John J. Hughes*
                                                                          JOHN J. HUGHES
                                                                          United States Magistrate Judge